IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROCK SOUTHWARD, Derivatively on
Behalf of Himself and All Others Similarly
Situated,

    CASE NO. 12-CV-4144 (MMC)

         Plaintiff(s),

    ~~(Proposed)~~
    **ORDER GRANTING APPLICATION
    FOR ADMISSION OF ATTORNEY
    *PRO HAC VICE***

    v.

MARK ZUCKERBERG, et al.,

         Defendant(s).
_____/

Andrew B. Clubok                              , whose business address and telephone number is

601 Lexington Avenue, New York, NY  10022; telephone: 212-446-4800; email:
andrew.clubok@kirkland.com

and who is an active member in good standing of the bar of  DC, NY and OH

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:   August 24, 2012

                           United States District   Judge

*United States District Court*
*For the Northern District of California*